*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00433-CV

**IN RE** James **PLACE** and Gerry **SAUM**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice

Delivered and Filed: June 16, 2010

PETITION FOR WRIT OF MANDAMUS AND PETITION FOR WRIT OF PROHIBITION DENIED

On June 4, 2010, relators filed a petition for writ of mandamus and a petition for writ of prohibition, and on June 7, 2010 filed a "First Supplemental Motion for Emergency Temporary Orders." The court has considered relator's petitions and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus, the petition for writ of prohibition, and the emergency motion are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-10922, styled *James Place and Gerry Saum v. Penelope Fanning, et al.*, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney, presiding. However, the order complained of was signed by the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas.